FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
3/27/2023 2:54 PM
JAMIE SMITH
DISTRICT CLERK
23DCCV0138

CAUSE NO. _____

| | | |
|---|---|---|
| **JEFFREY SHAYNE GOTREAUX** | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | |
| | § | JEFFERSON COUNTY, TEXAS |
| | § | |
| | § | |
| **STEVENS TRANSPORT, INC.** | § | |
| Defendant. | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S PETITION FOR DECLARATORY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff **JEFFREY SHAYNE GOTREAUX**, files this Original Petition for Declaratory Judgement against **STEVENS TRANSPORT, INC.** avers as follows:

### DISCOVERY-CONTROL PLAN

1.   Plaintiff intends to conduct discovery under Level 2 of Texas Rule of Civil Procedure 190.3 and affirmatively pleads that this suit is not governed by the expedited actions process in Texas Rule of Civil Procedure 169 because the aggregate monetary relief sought exceeds $100,000.00

### CLAIM FOR RELIEF

2.   Plaintiff seeks a Declaratory Judgement related to a dispute as to right and entitlement to certain settlement funds recovered by him on account of a serious and permanent personal injury, costs and attorney's fees

Copy from re:SearchTX

3.     This is an action relating to certain medical benefits paid by **STEVENS TRANSPORT, INC.** ("**STEVENS**") pursuant to a welfare benefit plan (the "Plan") in the alleged amount of $$150,931.67 as a result of injuries sustained by Plaintiff **JEFFREY SHAYNE GOTREAUX** ("**GOTREAUX**") in a work-related accident occurring on December 12, 2017. Plaintiff seeks a declaration that **STEVENS** has no lien and/or right to subrogation against any personal injury settlement monies awarded to Plaintiff.

## PARTIES

4.     Plaintiff **JEFFREY SHAYNE GOTREAUX** is a resident of Jefferson County, Texas.

5.     Defendant **STEVENS TRANSPORT, INC.** is a corporation organized under the laws of Texas with its principle place of business in Dallas, Texas. Defendant may be served with process by serving its Registered Agent, Steven L. Aaron at 9757 Military Parkway, Dallas, Texas 75227 by certified mail return receipt requested.

## JURISDICTION AND VENUE

6.     Jurisdiction is proper in this court as Defendant is a corporation organized and existing under the laws of the State of Texas and maintains its principal place of business in Texas so that it is "at home" in Texas.

7.     Venue is proper pursuant to Texas Civil Practice and Remedies Code, section 15.090 because the property at issue is located in Jefferson County, Texas. Venue is appropriate in Jefferson County, Texas as the Plaintiff seeks a declaration regarding property located in Jefferson County, Texas pursuant to an agreement between Plaintiff and Defendant.

## FACTUAL BACKGROUND

6.     Plaintiff Jeffery Gotreaux was in an on-the-job work related, motor vehicle accident on December 22, 2017 in which he sustained severe and permanent injuries.

Copy from re:SearchTX

7.      As a result of the accident, Defendant voluntarily paid benefits to or on behalf of Plaintiff in the amount of $150,931.67.

8.      Defendant claims to have paid benefits pursuant to a plan governed by the provisions of the Employee Retirement Income Security Act of 1974, 29 United States Code Section 100 *et seq* ("ERISA"). Defendant is asserting it has a subrogation right under ERISA however, the only plan documents provided to Plaintiff relate to a Welfare Benefits Plan that specifically excludes work related injuries and/or injuries that fall under the purview of workers' compensation laws.

9.      Plaintiff settled his personal injury claim. Despite repeated requests for Defendant to produce the applicable work-related benefit plan it asserts supports its request for a portion of Plaintiff's settlement funds, Defendant has refused to do so.

10.     Therefore, the only document that has been provided to Plaintiff in support of Defendant's assertion that it has a legal entitlement to a portion of his proceeds is a plan document that by its very language *excludes* from its coverage Plaintiff's work-related injury.

## DECLARATORY JUDGMENT

11.     Plaintiff incorporates by reference the foregoing allegations of this Petition.

12.     There is an actual dispute between the parties as to whether Plaintiff is required to pay the alleged lien amount of $150,931.67 directly to Defendant of any settlement funds awarded to Plaintiff.

13.     Plaintiff seeks a declaration that Defendant has no lien or right to subrogation against any personal injury settlement monies awarded to Plaintiff due to its voluntary payment of benefits to or on the behalf of Plaintiff.

Copy from re:SearchTX

14. <u>Attorney Fees.</u> Plaintiff is entitled to recover reasonable and necessary attorney fees that are equitable and just under Texas Civil Practice & Remedies Code section 37.009 because this is a suit for declaratory relief.

## JURY DEMAND

14. Plaintiff demands a jury trial and tenders the appropriate fee with this petition.

## CONDITIONS PRECEDENT

15. All conditions precedent to Plaintiff's claim for relief have been performed or have occurred.

## REQUEST FOR DISCLOSURE

14. Under Texas Rule of Civil Procedure 194, Plaintiff requests that Defendant disclose, within 30 days of the filing of its answer, the information or material described in Rule 194.2.

## PRAYER

16. For these reasons, Plaintiff asks that Defendant be cited to appear and answer and that the Court declare his entitled to the full amount of his settlement proceeds. In addition, Plaintiff asks for the following damages:

   a. Prejudgment and post judgment interest;

   b. Court costs;

   c. Attorney fees reasonably incurred in bringing this action;

   d. All other relief to which Plaintiffs is entitled.

*(Signature block on the following page)*

Copy from re:SearchTX

Respectfully submitted,

**THE FERGUSON LAW FIRM, LLP**
3155 Executive Blvd.
Beaumont, Texas 77705
(409) 832-9700
(409) 832-9708 - fax

By: /s/ Jane S. Leger
Jane S. Leger
State Bar No. 00788814
jleger@thefergusonlawfirm.com
vdelarosa@thefergusonlawfirm.com

ATTORNEY FOR PLAINTIFF

Copy from re:SearchTX