IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JEFFREY SHAYNE GOTREAUX, § <br> §<br>*Plaintiff*, § <br> §<br>v. § <br> §<br>STEVENS TRANSPORT, INC., § <br> §<br>*Defendant*. § | CIVIL ACTION NO. 1:23-CV-00159-MJT <br><br> JUDGE MICHAEL TRUNCALE |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 8, 2023, the Court referred Defendant Stevens Transport, Inc.'s Motion to Compel Arbitration [Dkt. 12] to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration and disposition pursuant to Title 28 U.S.C. § 636(b)(1)(A) and (3). [Dkt. 48]. On February 29, 2024, Judge Hawthorn issued his Report and Recommendation, which recommends granting Defendant's Motion to Compel Arbitration because the arbitration agreement at issue is enforceable under the Texas General Arbitration Act. [Dkt. 60 at 11].

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C). After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

It is, therefore, ORDERED that Judge Hawthorn's Report and Recommendation granting Defendant's Motion to Compel Arbitration [Dkt. 60] is ADOPTED.  Accordingly, Defendant's Motion to Compel Arbitration is GRANTED.  The parties are directed to arbitrate their dispute as outlined in the arbitration agreement.  All other pending motions are DENIED AS MOOT.

It is further ORDERED that this case is administratively closed, but this court retains jurisdiction to enforce any arbitration award.

**SIGNED this 18th day of March, 2024.**

Michael J. Truncale
United States District Judge